# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

————

No. 6:18-cr-00034

————

**United States of America**

v.

**Florencio Campos, Jr.**
**a/k/a Florensio Campos, Jr.**

————

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on December 16, 2021, and issued a report and recommendation as to the disposition of this matter. Doc. 77. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. *Id.*

The court hereby accepts the report and recommendation of the United States Magistrate Judge. The court orders that defendant be sentenced to 24 months' imprisonment to run consecutively with the sentence imposed in Cause No. 6:21-cr-26.

*So ordered by the court on October 13, 2022.*

_____
J. CAMPBELL BARKER
United States District Judge

1